# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

August 7, 2020

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED
The August 13, 2020 conference is adjourned to September 10, 2020 at 11:00 a.m.

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge
August 10, 2020

Re:  *Stelzer v. Breitbart News Network, LLC (1:20-cv-2438-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Brigitte Stelzer, in the above in-captioned case. We have been in touch with Defendant continuing to discuss settlement. We respectfully request that the initial conference scheduled for August 13, 2020 be adjourned 30 days to see if the parties can resolve the matter.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Brigitte Stelzer*

Liebowitz Law Firm, PLLC