

September 4, 2020

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Stelzer v. Breitbart News Network, LLC (1:20-cv-2438-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Brigitte Stezler, in the above in-captioned case. The parties are continuing to discuss settlement. We respectfully request that the initial conference scheduled for September 10, 2020 be adjourned 30 days so the parties can continue discussing settlement.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Brigitte Stezler*

MEMO ENDORSED

The conference scheduled for September 10, 2020 is adjourned to October 8, 2020 at 11:15 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

September 8, 2020