

October 2, 2020

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Stelzer v. Breitbart News Network, LLC (1:20-cv-2438-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Brigitte Stelzer, in the above in-captioned case. The Defendant has been unresponsive. Today Plaintiff requested that the clerk enter a certificate of default. Plaintiff will file its default motion by October 16, 2020.

We respectfully request that the initial conference schedule for October 8, 2020 be adjourned.

The Court's consideration is much appreciated.

MEMO ENDORSED

The October 8, 2020 conference is adjourned sine die.  Plaintiff is directed to move for default by October 16, 2020.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

October 2, 2020

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Brigitte Stelzer*