UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIGETTE STELTZER,

            Plaintiff,

-against-

BREITBART NEWS NETWORK, LLC,

            Defendant.

**ORDER OF DEFAULT**

20 Civ. 2438 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS Plaintiff commenced this action on March 19, 2020 by filing the Complaint (Dkt. No. 1);

    WHEREAS Plaintiff served Defendant on March 23, 2020 (Dkt. No. 5);

    WHEREAS Defendant has not filed an answer, moved against the Complaint, or appeared in this action (see Certificate of Default (Dkt. No. 22));

    WHEREAS this Court ordered Defendant to show cause on December 3, 2020 why a default judgment should not be entered against them (Dkt. No. 23);

    WHEREAS Plaintiff served the Order to Show Cause on Defendant on October 26, 2020 (Dkt. No. 24);

    WHEREAS Defendant filed no opposition to Plaintiff's motion for a default judgment and did not appear at the December 3, 2020 hearing;

    IT IS HEREBY ORDERED that an order of default is entered against Defendant Breitbart News Network, LLC.

    It is FURTHER ORDERED that this matter is referred to Magistrate Judge Fox

for a report and recommendation regarding Plaintiff's request for damages and an award of attorneys' fees. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
December 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge