UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIGITTE STELZER,,                                          :
                                                            :
            Plaintiff,                                      :
                                                            :           ORDER
      -against-                                             :
                                                            :      20-CV-2438 (PGG)(KNF)
                                                            :
BREITBART NEWS NETWORK, LLC,                                :
                                                            :
            Defendant.                                      :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This case has been referred to the undersigned for an inquest in order to determine the amount of damages and attorneys' fees, if any, that should be awarded to the plaintiff against defendant Breitbart News Network, LLC.

      Accordingly, IT IS HEREBY ORDERED that, on or before January 8, 2021, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of her damages. The plaintiff must serve these documents on the defendant, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before February 8, 2021, the defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

Dated:  New York, New York          SO ORDERED:
       December 9, 2020

                                                                             _/s/ Kevin Nathaniel Fox_____
                                                                             KEVIN NATHANIEL FOX
                                                                             UNITED STATES MAGISTRATE JUDGE